*receipt #60852*

06-60495   WENDY SOLOMON
           DEBTOR DID NOT CASH CHECK
           CHECK #461782 FOR $789.09
           WENDY J SOLOMON
           157 US RT 42
           WEST SALEM, OH  44287

05-61761   PHYLLIS HEIL
           CREDITOR DID NOT CASH CHECK
           CHECK #461783 FOR $65.43
           PORTFOLIO RECOVERY ASSOC
           PO BOX 41067
           NORFOLK, VA  23541

05-64798   DONALD DIXON
           MARTHA DIXON
           CREDITOR DID NOT CASH CHECK
           CHECK #461784 FOR $25.60
           PORTFOLIO RECOVERY ASSOC
           PO BOX 41067
           NORFOLK, VA  23541

06-60141   RICHARD SWONGER
           DIANA SWONGER
           CREDITOR DID NOT CASH CHECK
           CHECK #461785 FOR $61.48
           PORTFOLIO RECOVERY ASSOC
           PO BOX 41067
           NORFOLK, VA  23541

06-60236   RICHARD DANIELS
           CREDITOR DID NOT CASH CHECK
           CHECK #461786 FOR $14.99
           PORTFOLIO RECOVERY ASSOC
           PO BOX 41067
           NORFOLK, VA  23541

06-62670   ERNEST ANDREWS
           LUCINDA ANDREWS
           CREDITOR DID NOT CASH CHECK
           CHECK #461787 FOR $66.87
           PORTFOLIO RECOVERY ASSOC
           PO BOX 41067
           NORFOLK, VA  23541